AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:18-mj-168
)
A BLACK MONTE CARLO, NORTH DAKOTA LICENSE )
PLATE NUMBER 608CCX, OCCUPIED BY DONOVAN )
LAWRENCE DUCHAINE, YEAR OF BIRTH 1991 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
A black Monte Carlo, North Dakota License Plate Number 608CCX, occupied by Donovan Lawrence Duchaine, year of birth 1991, presently located in North Dakota.

located in the _____ District of _____ North Dakota _____, there is now concealed *(identify the person or describe the property to be seized):*
See Exhibit A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1111 and 1153 | Murder |

The application is based on these facts:
See testimony of FBI SA Bruce Bennett

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Bruce Bennett, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence. by telephone or twac-

Date: 5/25/18

*Judge's signature*

City and state: Bismarck, North Dakota    Charles S. Miller, Jr., U.S. Magistrate Judge
*Printed name and title*