AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:18-mj-168 | Date and time warrant executed:<br>5/30/18 9:25 am | Copy of warrant and inventory left with:<br>Left in secured vehicle |

Inventory made in the presence of :
FBI Special Agent Jonathan Nencka

Inventory of the property taken and name of any person(s) seized:

Material was removed using swabs. Nothing follows.

MB
5/31/2018

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/2018

*Megan Bennett*
Executing officer's signature

Megan Bennett  Special Agent FBI
Printed name and title